JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY EDMOND BROWN, | Case No. CV 24-5299 FMO (BFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ARCTIC CAT, INC., et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 8th day of August, 2024.

/s/
Fernando M. Olguin
United States District Judge